Christopher G. Varallo, WSBA No. 29410
Steven J. Dixson, WSBA No. 38101
WITHERSPOON · KELLEY
422 W. Riverside Avenue, Suite 1100
Spokane, WA  99201-0300
Phone:  (509) 624-5265
Fax:    (509) 458-2728
cgv@witherspoonkelley.com
sjd@witherspoonkelley.com
*Attorneys for Defendants Nationstar Mortgage LLC and U.S. Bank National Association, as Trustee for Lehman XS Trust Mortgage Pass-Through Certificates Series 2007-7N*

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARY LOU GRANDE and MARK DOUGLAS GRANDE,<br><br>Plaintiffs,<br><br>vs.<br><br>US BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-7N ("US BANK"), AND NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, QUALITY LOAN SERVICE CORPORATION OF WASHINGTON and Doe Defendants 1 through 20,<br><br>Defendants, | No.  2:19-cv-00333-<br><br>CORPORATE DISCLOSURE STATEMENT OF NATIONSTAR MORTGAGE LLC d/b/a MR. COOPER |

This Corporate Disclosure Statement is filed by Defendant Nationstar Mortgage LLC d/b/a Mr. Cooper ("Nationstar") in compliance with Federal Rule of Civil Procedure 7.1. Defendant Nationstar hereby declares:

CORPORATE DISCLOSURE STATEMENT OF
NATIONSTAR MORTGAGE LLC d/b/a MR. COOPER - 1
Case No.  2:19-cv-00333-
S1820292.DOC

WITHERSPOON·KELLEY
Attorneys & Counselors

422 W. Riverside Avenue, Suite 1100        Phone: 509.624.5265
Spokane, Washington 99201-0300             Fax: 509.458.2728

1. Nationstar Mortgage LLC d/b/a Mr. Cooper ("Nationstar") is a Delaware limited liability company.

2. Nationstar is an indirect, wholly-owned subsidiary of a publicly-traded company, Mr. Cooper Group Inc. (formerly known as WMIH Corp.) ("Mr. Cooper"), a Delaware corporation.

3. Nationstar is directly owned by two entities: (1) Nationstar Sub1 LLC ("Sub1") (99%) and (2) Nationstar Sub2 LLC ("Sub2") (1%). Both Sub1 and Sub2 are Delaware limited liability companies. Sub1 and Sub2 are both 100% owned by Nationstar Mortgage Holdings Inc. ("NSM Holdings"). NSM Holdings is a wholly-owned subsidiary of Mr. Cooper.

4. More than 10% of the stock of Mr. Cooper is owned by KKR Wand Investors Corporation, a Cayman Islands corporation.

DATED this 7th day of March, 2019.

                    WITHERSPOON · KELLEY

By: *s/ Christopher G. Varallo*
Christopher G. Varallo, WSBA #29410
Steven J. Dixson, WSBA #38101
cgv@witherspoonkelley.com
sjd@witherspoonkelley.com
422 W. Riverside Avenue, Suite 1100
Spokane, WA 99201-0300
Phone: (509) 624-5265
Fax: (509) 458-2728
*Attorneys for Defendants Nationstar Mortgage LLC and U.S. Bank National Association, as Trustee for Lehman XS Trust Mortgage Pass-Through Certificates Series 2007-7N*

CORPORATE DISCLOSURE STATEMENT OF
NATIONSTAR MORTGAGE LLC d/b/a MR. COOPER - 2
Case No.  2:19-cv-00333-
S1820292.DOC

WITHERSPOON·KELLEY
Attorneys & Counselors

422 W. Riverside Avenue, Suite 1100   Phone: 509.624.5265
Spokane, Washington 99201-0300        Fax: 509.458.2728

**CERTIFICATE OF SERVICE**

I hereby certify that on the 7th day of March, 2019,

1. I caused to be electronically filed the foregoing CORPORATE DISCLOSURE STATEMENT OF NATIONSTAR MORTGAGE LLC d/b/a MR. COOPER with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

**Christina Latta Henry**
chenry@HDM-legal.com; HenryDeGraaffPS@jubileebk.net; mainline@hdm-legal.com

**Jacob Daniel DeGraaff**
mainline@hdm-legal.com; henrydegraaffps@jubileebk.net

**Melissa A. Huelsman**
mhuelsman@predatorylendinglaw.com; paralegal@predatorylendinglaw.com; wsmith@predatorylendinglaw.com

**Robert W. McDonald**
rmcdonald@qualityloan.com; cvnotice@mccarthyholthus.com; rockymcdonald@gmail.com

**Vicente Omar Barraza**
omar@barrazalaw.com; admin@barrazalaw.com; vobarraza@gmail.com

2. I hereby certify that I have caused to be mailed by United States Postal Service the foregoing document to the following non-CM/ECF participants at the addresses listed below: **None.**

3. I hereby certify that I have mailed by United States Postal Service the foregoing document to the following CM/ECF participants at the address listed below: **None.**

4. I hereby certify that I have hand-delivered the foregoing document to the following participants at the addresses listed below: **None.**

*s/ Christopher G. Varallo*
Christopher G. Varallo, WSBA No. 29410

CORPORATE DISCLOSURE STATEMENT OF
NATIONSTAR MORTGAGE LLC d/b/a MR. COOPER - 3
Case No.  2:19-cv-00333-
S1820292.DOC



WITHERSPOON·KELLEY
Attorneys & Counselors

422 W. Riverside Avenue, Suite 1100    Phone: 509.624.5265
Spokane, Washington 99201-0300         Fax: 509.458.2728