Christopher G. Varallo, WSBA No. 29410
Steven J. Dixson, WSBA No. 38101
WITHERSPOON · KELLEY
422 W. Riverside Avenue, Suite 1100
Spokane, WA 99201-0300
Phone: (509) 624-5265
Fax: (509) 458-2728
cgv@witherspoonkelley.com
sjd@witherspoonkelley.com
*Attorneys for Defendants Nationstar Mortgage LLC and U.S. Bank National Association, as Trustee for Lehman XS Trust Mortgage Pass-Through Certificates Series 2007-7N*

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARY LOU GRANDE and MARK DOUGLAS GRANDE,<br><br>Plaintiffs,<br><br>vs.<br><br>US BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-7N ("US BANK"), AND NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, QUALITY LOAN SERVICE CORPORATION OF WASHINGTON and Doe Defendants 1 through 20,<br><br>Defendants, | No. 2:19-cv-00333-<br><br>CORPORATE DISCLOSURE STATEMENT OF DEFENDANT U.S. BANK NATIONAL ASSOCIATION |

In accordance with Federal Rule of Civil Procedure 7.1, Defendant U.S. Bank, National Association ("U.S. Bank") states as follows:

CORPORATE DISCLOSURE STATEMENT OF U.S. BANK NATIONAL ASSOCIATION - 1
Case No. 2:19-cv-00333-
S1820293.DOC

WK WITHERSPOON · KELLEY
Attorneys & Counselors
422 W. Riverside Avenue, Suite 1100      Phone: 509.624.5265
Spokane, Washington 99201-0300           Fax: 509.458.2728

1. U.S. Bank, National Association, is a wholly owned subsidiary of U.S. Bancorp, a publicly held corporation trading under the symbol USB.

2. U.S. Bancorp has no parent company and no publicly held corporation owns 10% or more of its stock.

DATED this 7th day of March, 2019.

WITHERSPOON · KELLEY

By: *s/ Christopher G. Varallo*
Christopher G. Varallo, WSBA #29410
Steven J. Dixson, WSBA #38101
cgv@witherspoonkelley.com
sjd@witherspoonkelley.com
422 W. Riverside Avenue, Suite 1100
Spokane, WA 99201-0300
Phone: (509) 624-5265
Fax: (509) 458-2728
*Attorneys for Defendants Nationstar Mortgage LLC and U.S. Bank National Association, as Trustee for Lehman XS Trust Mortgage Pass-Through Certificates Series 2007-7N*

CORPORATE DISCLOSURE STATEMENT OF U.S. BANK NATIONAL ASSOCIATION - 2
Case No. 2:19-cv-00333-
S1820293.DOC

WITHERSPOON·KELLEY
Attorneys & Counselors
422 W. Riverside Avenue, Suite 1100    Phone: 509.624.5265
Spokane, Washington 99201-0300    Fax: 509.458.2728

# CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of March, 2019,

1. I caused to be electronically filed the foregoing CORPORATE DISCLOSURE STATEMENT OF DEFENDANT U.S. BANK NATIONAL ASSOCIATION with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

> **Christina Latta Henry**
> chenry@HDM-legal.com; HenryDeGraaffPS@jubileebk.net; mainline@hdm-legal.com
>
> **Jacob Daniel DeGraaff**
> mainline@hdm-legal.com; henrydegraaffps@jubileebk.net
>
> **Melissa A. Huelsman**
> mhuelsman@predatorylendinglaw.com; paralegal@predatorylendinglaw.com; wsmith@predatorylendinglaw.com
>
> **Robert W. McDonald**
> rmcdonald@qualityloan.com; cvnotice@mccarthyholthus.com; rockymcdonald@gmail.com
>
> **Vicente Omar Barraza**
> omar@barrazalaw.com; admin@barrazalaw.com; vobarraza@gmail.com

2. I hereby certify that I have caused to be mailed by United States Postal Service the foregoing document to the following non-CM/ECF participants at the addresses listed below: **None.**

3. I hereby certify that I have mailed by United States Postal Service the foregoing document to the following CM/ECF participants at the address listed below: **None.**

4. I hereby certify that I have hand-delivered the foregoing document to the following participants at the addresses listed below: **None.**

*s/ Christopher G. Varallo*
Christopher G. Varallo, WSBA No. 29410

CORPORATE DISCLOSURE STATEMENT OF U.S. BANK NATIONAL ASSOCIATION - 3
Case No. 2:19-cv-00333-
S1820293.DOC

**WITHERSPOON·KELLEY**
Attorneys & Counselors

422 W. Riverside Avenue, Suite 1100
Spokane, Washington 99201-0300

Phone: 509.624.5265
Fax: 509.458.2728