Christopher G. Varallo, WSBA No. 29410
Steven J. Dixson, WSBA No. 38101
WITHERSPOON · KELLEY
422 W. Riverside Avenue, Suite 1100
Spokane, WA  99201-0300
Phone:  (509) 624-5265
Fax:   (509) 458-2728
cgv@witherspoonkelley.com
sjd@witherspoonkelley.com
*Attorneys for Defendants Nationstar Mortgage LLC and U.S. Bank National Association, as Trustee for Lehman XS Trust Mortgage Pass-Through Certificates Series 2007-7N*

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARY LOU GRANDE and MARK DOUGLAS GRANDE,<br><br>                    Plaintiffs,<br><br>         vs.<br><br>US BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-7N ("US BANK"), AND NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, QUALITY LOAN SERVICE CORPORATION OF WASHINGTON and Doe Defendants 1 through 20,<br><br>                    Defendants, | No.  2:19-cv-00333-MJP<br><br>DEFENDANTS NATIONSTAR MORTGAGE LLC AND U.S. BANK NATIONAL ASSOCIATION'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING<br><br>**NOTED ON MOTION CALENDAR:**<br>**March 22, 2019** |

Pursuant to LCR 7 and LCR 10(g), Defendants Nationstar Mortgage LLC d/b/a Mr. Cooper ("Nationstar"), and U.S. Bank, National Association, as Trustee for Lehman XS

NATIONSTAR MORTGAGE LLC AND U.S. BANK NATIONAL ASSOCIATION'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING - 1
Case No.  2:19-cv-00333-MJP
S1820803.DOC

WITHERSPOON·KELLEY
Attorneys & Counselors
422 W. Riverside Avenue, Suite 1100        Phone: 509.624.5265
Spokane, Washington 99201-0300             Fax: 509.458.2728

1  Trust Mortgage Pass-Through Certificates Series 2007-7N ("US Bank"), move the Court for an
2  Order extending the deadline to file a response to Plaintiffs' Complaint from March 13, 2019 to
3  April 12, 2019.

## DISCUSSION

Defendants require additional time to investigate the claims in the Complaint so that they may fully and meaningfully respond to the Complaint.  The extension requested is being made in good faith and not to unnecessarily delay the adjudication of this case.

Prior to removal of this matter from the state court, counsel for Defendants conferred with Plaintiffs regarding an extension.  Plaintiffs did not agree to an extension.

DATED this 13th day of March, 2019.

          WITHERSPOON · KELLEY

By: *s/ Christopher G. Varallo*
    Christopher G. Varallo, WSBA #29410
    Steven J. Dixson, WSBA #38101
    cgv@witherspoonkelley.com
    sjd@witherspoonkelley.com
    422 W. Riverside Avenue, Suite 1100
    Spokane, WA  99201-0300
    Phone:  (509) 624-5265
    Fax:   (509) 458-2728
    *Attorneys for Defendants Nationstar Mortgage LLC and U.S. Bank National Association, as Trustee for Lehman XS Trust Mortgage Pass-Through Certificates Series 2007-7N*

NATIONSTAR MORTGAGE LLC AND U.S. BANK NATIONAL ASSOCIATION'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING - 2
Case No.  2:19-cv-00333-MJP
S1820803.DOC

WITHERSPOON·KELLEY
Attorneys & Counselors
422 W. Riverside Avenue, Suite 1100      Phone: 509.624.5265
Spokane, Washington 99201-0300            Fax: 509.458.2728

**CERTIFICATE OF SERVICE**

I hereby certify that on the 13th day of March, 2019,

1. I caused to be electronically filed the foregoing NATIONSTAR MORTGAGE LLC AND U.S. BANK NATIONAL ASSOCIATION'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

**Christina Latta Henry**
chenry@HDM-legal.com; HenryDeGraaffPS@jubileebk.net; mainline@hdm-legal.com

**Jacob Daniel DeGraaff**
mainline@hdm-legal.com; henrydegraaffps@jubileebk.net

**Melissa A. Huelsman**
mhuelsman@predatorylendinglaw.com; paralegal@predatorylendinglaw.com; wsmith@predatorylendinglaw.com

**Robert W. McDonald**
rmcdonald@qualityloan.com; cvnotice@mccarthyholthus.com; rockymcdonald@gmail.com

**Vicente Omar Barraza**
omar@barrazalaw.com; admin@barrazalaw.com; vobarraza@gmail.com

2. I hereby certify that I have caused to be mailed by United States Postal Service the foregoing document to the following non-CM/ECF participants at the addresses listed below: **None.**

3. I hereby certify that I have mailed by United States Postal Service the foregoing document to the following CM/ECF participants at the address listed below: **None.**

4. I hereby certify that I have hand-delivered the foregoing document to the following participants at the addresses listed below: **None.**

*s/ Christopher G. Varallo*
Christopher G. Varallo, WSBA No. 29410

NATIONSTAR MORTGAGE LLC AND U.S. BANK NATIONAL ASSOCIATION'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING - 3
Case No. 2:19-cv-00333-MJP
S1820803.DOC



WITHERSPOON·KELLEY
Attorneys & Counselors

422 W. Riverside Avenue, Suite 1100     Phone: 509.624.5265
Spokane, Washington 99201-0300          Fax: 509.458.2728