UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARY LOU GRANDE and MARK DOUGLAS GRANDE,<br><br>Plaintiffs,<br><br>vs.<br><br>US BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-7N ("US BANK"), AND NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, QUALITY LOAN SERVICE CORPORATION OF WASHINGTON and Doe Defendants 1 through 20,<br><br>Defendants, | No.: 2:19-cv-00333-MJP<br><br>QUALITY LOAN SERVICE CORPORATION OF WASHINGTON'S CORPORATE DISCLOSURE STATEMENT |

COMES NOW defendant QUALITY LOAN SERVICE CORP. OF WASHINGTON ("QUALITY" or "Defendant") by and through its counsel of record, pursuant to Fed. R. Civ. Pro. 7.1(a) and does hereby certify as follows: QUALITY is a State of Washington Corporation. QUALITY has two shareholders, neither of which is another corporation. No publicly-held company owns 10% or more of QUALITY LOAN SERVICE CORP. OF WASHINGTON stock.

DATED this 14th day of March, 2019.

        */s/ Robert William McDonald*
        Robert W. McDonald, Esq. WSBA #43842
        Quality Loan Service Corp. of Washington

QLS CORP. DISCLOSURE STATEMENT -1
QWA # GRANDE | WA-19-851879-CV

Quality Loan Service Corp. of Washington
108 1st Ave S. Suite 202
Seattle, WA 98104
PH: (206) 596-4862
FAX: (206) 257-3163