Christopher G. Varallo, WSBA No. 29410
Steven J. Dixson, WSBA No. 38101
WITHERSPOON · KELLEY
422 W. Riverside Avenue, Suite 1100
Spokane, WA 99201-0300
Phone: (509) 624-5265
Fax: (509) 458-2728
cgv@witherspoonkelley.com
sjd@witherspoonkelley.com
*Attorneys for Defendants Nationstar Mortgage LLC and U.S. Bank National Association, as Trustee for Lehman XS Trust Mortgage Pass-Through Certificates Series 2007-7N*

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARY LOU GRANDE and MARK DOUGLAS GRANDE,<br><br>Plaintiffs,<br><br>vs.<br><br>US BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-7N ("US BANK"), AND NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, QUALITY LOAN SERVICE CORPORATION OF WASHINGTON and Doe Defendants 1 through 20,<br><br>Defendants, | No. 2:19-cv-00333-MJP<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING |

This Court, having read and considered the pleadings in support of Defendants Nationstar Mortgage LLC d/b/a Mr. Cooper ("Nationstar"), and U.S. Bank, National Association, as Trustee for Lehman XS Trust Mortgage Pass-Through Certificates Series 2007-7N's ("US Bank"), Motion for Extension of Time to Respond to the Complaint, now hereby rules as follows:

1 | Defendants Nationstar and US Bank's Motion for Extension of Time to Respond to the Complaint is GRANTED. The deadline for Nationstar and US Bank to file their responsive pleading is now no later than April 12, 2019.

IT IS SO ORDERED.

DATED this 22nd day of March, 2019.

Marsha J. Pechman
United States District Judge