UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARY LOU GRANDE and MARK DOUGLAS GRANDE,<br><br>Plaintiffs,<br><br>v.<br><br>US BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-7N ("US BANK"), AND NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, QUALITY LOAN SERVICE CORPORATION OF WASHINGTON and Doe Defendants 1 through 20,<br><br>Defendants. | CASE NO. 19-333 MJP<br><br>ORDER GRANTING MOTION TO EXTEND DEADLINE IN PRETRIAL SCHEDULE |

This matter having come before the court on a Motion to Extend Deadline in Pretrial Schedule and the Court being fully advised in the premises, it is hereby

ORDERED that the pretrial date to amend pleadings on the court's April 30, 2019 Order Setting Trial Date and Related Dates (Dkt No. 19) be amended as follows:

1. To extend the deadline to amend pleadings to July 8, 2019.

DATED this 25th day of June 2019.

The clerk is ordered to provide copies of this order to all counsel.

Dated June 25, 2019.

Marsha J. Pechman
United States District Judge