The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| MARY LOU GRANDE and MARK DOUGLAS GRANDE,<br><br>Plaintiffs,<br>vs.<br><br>US BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-7 ("US BANK"), AND NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, QUALITY LOAN SERVICE CORPORATION OF WASHINGTON and Doe Defendants 1 through 20,<br><br>Defendants. | CASE: 2:19-CV-00333-MJP<br><br>**STIPULATED ORDER FOR RELIEF OF COURT DEADLINE FOR EXPERT WITNESS**<br><br>NOTE ON MOTION CALENDAR:<br><br>December 2, 2019 |

Pursuant to LCR 7(j), LCR 7(g), LCR 10(g), and LCR 16, Plaintiff Mary Lou Grande and Mark Douglas Grande and Defendants US Bank National Association, as Trustee for Lehman XS Trust Mortgage Pass-Through Certificates Series 2007-7 ("US Bank"), and Nationstar Mortgage LLC d/b/a Mr. Cooper, and Quality Loan Service Corporation of Washington (the "Defendants"), by and through their counsel of record and the court being fully advised in the premises and based on the stipulated motion for relief of court deadline for expert witness field herein, it is hereby ORDERED that

STIPULATED ORDER FOR RELEIF OF COURT DEADLINE FOR EXPERT WITNESS - 1

1

**Henry & DeGraaff, P.S.**
787 Maynard Ave S.
Seattle, Washington 98104
telephone (206) 330-0595
fax (206) 400-7609

1. The deadline to file Expert Witness Disclosure/Reports Under FRCP 26(a)(2) is extended from December 2, 2019 to January 10, 2020; and

2. The Discovery Cutoff, with regard to Expert Witness Disclosure/Reports only, is extended from January 31, 2020 to March 2, 2020.

DATED this 6th day of December 2019.

*[signature]*
Marsha J. Pechman
United States District Judge

Presented by:

__/s/ Christina L Henry_____
Christina L Henry, WSBA #31273
Jacob D. DeGraaff, WSBA 36713
HENRY & DEGRAAFF, P.S.
150 Nickerson St, Ste 311
Seattle, WA 98109
T: 206-330-0595
chenry@hdm-legal.com
jacobd@hdm-legal.com

__/s/ Melissa A. Huelsman_____
Melissa A. Huelsman, WSBA # 30935
The Law Offices of Melissa A. Huelsman, PC
705 Second Ave, Ste 606
Spokane, WA 99104
T: 206-447-0103
mhuelsman@predatorylendinglaw.com

/s/ Christopher G. Varallo_____
Christopher G. Varallo, WSBA # 29410
Witherspoon Kelley
722 W. Riverside Ave, Ste 1100
Spokane, WA 99201
T: 509-624-5265
cgv@witherspoonkelley.com

STIPULATED ORDER FOR RELEIF OF COURT
DEADLINE FOR EXPERT WITNESS - 2

2

**HENRY & DEGRAAFF, P.S.**
787 MAYNARD AVE S.
SEATTLE, WASHINGTON 98104
telephone (206) 330-0595
fax (206) 400-7609