1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARY LOU GRANDE et al., | CASE NO. C19-333 MJP |
| Plaintiffs, | ORDER GRANTING STIPULATED JOINT MOTION TO EXTEND DISCOVERY FOR LIMITED PURPOSES OF COMPLETING DEPOSITIONS |
| v. | |
| US BANK NATIONAL ASSOCIATION et al., | |
| Defendants. | |

This matter having come before the court on plaintiffs Mary Lou and Mark Douglas Grande and defendants U.S. Bank National Association, as Trustee for Lehman XS Trust Mortgage Pass-Through Certificates Series 2007-7 and Nationstar Mortgage LLC d/b/a Mr. Cooper's stipulated joint motion to extend the discovery cut-off for the limited purposes of completing depositions and the court being fully advised in the premises, it is hereby ORDERED that the January 31, 2020 discovery cut-off is extended to March 15, 2020 for the limited purpose of completing depositions, and to allow for any additional motion practice.

1     The clerk is ordered to provide copies of this order to all counsel.

2     Dated January 29, 2020.

*[signature]*

Marsha J. Pechman
United States District Judge