UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARY LOU GRANDE et al., | CASE NO. C19-333 MJP |
| Plaintiffs, | ORDER GRANTING STIPULATED JOINT MOTION TO EXTEND DISCOVERY |
| v. | |
| US BANK NATIONAL ASSOCIATION et al., | |
| Defendants. | |

THIS MATTER comes before the Court on the Parties' Joint Stipulated Motion for Extension of Time to Complete Discovery. (Dkt. No. 58.) Having reviewed the motion and the related record, the Court GRANTS the Motion. The discovery cut-off is hereby extended 30 days for the limited purpose of completing depositions to April 27, 2020.

//

//

//

//

The clerk is ordered to provide copies of this order to all counsel.

Dated March 12, 2020.

*[signature]*
Marsha J. Pechman
United States District Judge