Christina L. Henry, WSBA# 31273
Henry & DeGraaff, PS
787 Maynard Ave S
Seattle, WA 98104
Tel.: 206-330-0595
Fax: 206-400-7609
chenry@hdm-legal.com

Melissa A. Huelsman, WSBA #30935
Law Offices of Melissa A. Huelsman, P.S.
705 Second Avenue, Suite 606
Seattle, WA 98104
Tel.: 206-447-0103
Fax: 206-673-8220
mhuelsman@predatorylendinglaw.com

The Honorable Marsha J. Pechman

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| MARY LOU GRANDE and MARK DOUGLAS GRANDE,<br><br>               Plaintiffs,<br>    vs.<br><br>US BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-7 ("US BANK"), AND NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, QUALITY LOAN SERVICE CORPORATION OF WASHINGTON and Doe Defendants 1 through 20,<br><br>               Defendants. | No. 2:19-cv-00333-MJP<br><br>SUPPLEMENTAL DECLARATION OF CHRISTINA L HENRY IN SUPPORT OF REPLY TO PLAINTIFFS' REQUEST FOR ATTORNEYS' FEES AND COSTS RE MOTION TO COMPEL<br><br>Note on Motion Calendar:<br><br>January 31, 2020 |

//

//

SUPPLEMENTAL DECLARATION OF CHRISTINA L HENRY IN SUPPORT OF REPLY TO PLAINTIFFS' REQUEST FOR ATTORNEYS' FEES AND COSTS RE MOTION TO COMPEL - 1

HENRY &DeGRAAFF, P.S.
787 MAYNARD AVE S.
SEATTLE, WASHINGTON  98104
telephone (206) 330-0595
fax (206) 400-7609

I, Christina L Henry, declare as follows:

1.  I am one of the attorneys for the Plaintiffs Mary Lou Grande and Mark Douglas Grande. I have personal knowledge of the facts as stated herein and can testify that they are true and correct to the best of my knowledge at this time.

2.  In correspondence with Defendant's attorney, Christopher G Varallo in late July 2020, I made it clear that the deadlines in this case were tight and that the Plaintiffs would agree to a response date of August 22, 2019 instead of the August 30, 2019 date proposed, and that we were already looking for agreeable dates to depose their Rule 30(b)(6) deponent in September. The emails regarding these exchanges in July 2010 are attached hereto as **Exhibit 1.**

3.  Thereafter, on August 15, 2019, when I received another request for a discovery extension, I questioned whether the other attorney on the case could assist because further delay would hinder our efforts to meet other discovery deadlines in the case. As documented in the email chain, I discussed the issue with Dan Gibbons on the phone and followed up with an email memorializing the conversation and my concerns. Thereafter, Ms. Huelsman added additional concerns separately regarding the staffing of three attorneys on the case but still insisting that the discovery deadlines could not be met. After a thorough review of my files and emails, I do not see any duplication of time with Ms. Huelsman. The emails regarding these exchanges in August 2019 are attached hereto as **Exhibit 2.**

SIGNED under penalty of perjury under the laws of the State of Washington at Seattle, Washington, this 12th day of March 2020.

>  *By: /s/ Christina L Henry*
>  Christina L Henry, WSBA # 31273
>  *Attorney for the Plaintiffs*

SUPPLEMENTAL DECLARATION OF CHRISTINA L HENRY IN SUPPORT OF REPLY TO PLAINTIFFS' REQUEST FOR ATTORNEYS' FEES AND COSTS RE MOTION TO COMPEL - 2

**HENRY &DEGRAAFF, P.S.**
787 MAYNARD AVE S.
SEATTLE, WASHINGTON  98104
telephone (206) 330-0595
fax (206) 400-7609