# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| MARY LOU GRANDE et al., | CASE NO. C19-333 MJP |
| Plaintiffs, | ORDER GRANTING IN PART STIPULATED MOTION TO EXTEND DISCOVERY |
| v. | |
| US BANK NATIONAL ASSOCIATION et al., | |
| Defendants. | |

This matter comes before the Court on the Parties' Stipulated Joint Motion to Extend Discovery for the Limited Purposes of Completing Depositions and Dispositive Motions Deadline. (Dkt. No. 64.) Having reviewed the Motion and the related record, the Court GRANTS the Motion in part and ORDERS the deadlines extended as follows:

(1) Discovery shall be completed by May 12, 2020;

(2) All motions related to discovery must be filed by May 26, 2020;

(3) Dispositive motions must be filed by June 11, 2020.

Further, as stipulated by the Parties, Plaintiffs will take their depositions by Zoom.

1    The clerk is ordered to provide copies of this order to all counsel.

2    Dated April 29, 2020.

*[signature]*

Marsha J. Pechman
Senior United States District Judge

ORDER GRANTING IN PART STIPULATED MOTION TO EXTEND DISCOVERY - 2