The Honorable Marsha J. Pechman

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARY LOU GRANDE and MARK DOUGLAS GRANDE,<br>　　　　　Plaintiffs,<br>　vs.<br><br>US BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-7 ("US BANK"), AND NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, QUALITY LOAN SERVICE CORPORATION OF WASHINGTON and Doe Defendants 1 through 20,<br>　　　　　Defendants. | No. 2:19-CV-00333-MJP<br><br>ORDER GRANTING STIPULATED MOTION FOR RELIEF FROM THE DEADLINE TO FILE DISPOSITIVE MOTION<br><br>NOTE ON MOTION CALENDAR:<br><br>June 15, 2020 |

This matter having come before the Court on a Stipulated Motion for Relief from the Deadline to File Dispositive Motions and the Court finding good cause, it is hereby

ORDERED the stipulated motion for relief from the deadline to allow Plaintiffs' partial summary judgment motion is Granted and deemed filed and Plaintffs are granted leave to file their motion for summary judgment out of time.

ORDER GRANTING STIPULATED MOTION
FOR RELIEF FROM THE DEADLINE TO FILE
DISPOSITIVE MOTION- 1

HENRY & DEGRAAFF, P.S.
787 MAYNARD AVE S.
SEATTLE, WA 98104
telephone (206) 330-0595

DATED this 15th day of June 2020

_____
Marsha J. Pechman
United States Senior District Judge

| | |
|---|---|
| **HENRY & DEGRAAFF, PS** | **THE LAW OFFICES OF MELISSA A. HUELSMAN, PC** |
| */s/ Christina L. Henry* | */s/ Melissa A. Huelsman* |
| Christina L Henry, WSBA #31273 | Melissa A. Huelsman, WSBA #30935 |
| 787 Maynard Ave S | 805 Second Avenue, Suite 606 |
| Seattle, WA 98104 | Spokane, WA 98104 |
| Telephone: (206) 330-0595 | Telephone: (206) 447-0103 |
| Email: chenry@hdm-legal.com | Email: mhuelsman@predatorylendinglaw.com |
| *Attorneys for plaintiffs Mary Lou and Mark Douglas Grande* | *Attorneys for plaintiffs Mary Lou and Mark Douglas Grande* |
| **WITHERSPOON · KELLEY** | **AKERMAN LLP** |
| *s/ Christopher G. Varallo* | *s/ Taylor T. Haywood* |
| Christopher G. Varallo, WSBA #29410 | Taylor T. Haywood (Admitted PHV) |
| Steven J. Dixson, WSBA #38101 | 1900 Sixteenth Street, Suite 1700 |
| Daniel J. Gibbons, WSBA #33036 | Denver, Colorado 80202 |
| 422 W. Riverside Avenue, Suite 1100 | Telephone: (303) 260-7712 |
| Spokane, WA 99201-0300 | Fax: (303) 260-7714 |
| Telephone: (509) 624-5265 | Email: taylor.haywood@akerman.com |
| Fax: (509) 458-2728 | |
| Email: cgv@witherspoonkelley.com | *Attorneys for defendants Nationstar Mortgage LLC d/b/a Mr. Cooper and U.S. Bank, National Association, as Trustee for Lehman XS Trust Mortgage Pass-Through Certificates Series 2007-7N* |
| Email: sjd@witherspoonkelley.com | |
| Email: djg@witherspoonkelley.com | |