1
2
3
4
5
6
7
8
9
10
11

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| 12 MARY LOU GRANDE and MARK DOUGLAS GRANDE, | Case No.: 2:19-cv-00333-MJP |
| 13 | **ORDER OF DISMISSAL WITH** |
| Plaintiffs, | **PREJUDICE** |
| 14 v. | |
| 15 | |
| 16 US BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR LEHMAN XS | |
| 17 TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-7N ("US BANK"), AND NATIONSTAR | |
| 18 MORTGAGE LLC D/B/A MR. COOPER, QUALITY LOAN SERVICE | |
| 19 CORPORATION OF WASHINGTON and Doe Defendants 1 through 20, | |
| 20 | |
| 21 Defendants. | |

22     The court, having reviewed the stipulation to dismiss with prejudice filed by plaintiffs

23 Mary Lou and Mark Douglas Grande and defendants Nationstar Mortgage LLC d/b/a Mr.

24 Cooper and U.S. Bank, National Association, as Trustee for Lehman XS Trust Mortgage

25 Pass-Through Certificates Series 2007-7N, and being fully advised in its premises, GRANTS

26 the parties' stipulation.  All claims in this action are dismissed, with prejudice, each party to

27 bear its own attorneys' fees and costs.

28 *///*

ORDER OF DISMISSAL WITH PREJUDICE - 1
NO. 2:19-cv-00333-MJP

**AKERMAN LLP**
1900 Sixteenth Street, Suite 1700
Denver, Colorado 80202
Telephone:  303-260-7712

54203784;1

**IT IS SO ORDERED**.

This the 26th day of August, 2020.

Marsha J. Pechman
United States District Judge

*Submitted by*:

/s/ Justin D. Balser
Justin D. Balser (WSBA # 56577)

*Attorneys for defendants Nationstar Mortgage*
*LLC d/b/a Mr. Cooper and U.S. Bank, National*
*Association, as Trustee for Lehman XS Trust*
*Mortgage Pass-Through Certificates Series 2007-7N*

STIPULATION TO DISMISS WITH PREJUDICE - 2
NO. 2:19-cv-00333-MJP

**AKERMAN LLP**

1900 Sixteenth Street, Suite 1700
Denver, Colorado 80202
Telephone:  303-260-7712

54203784;1